AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-mj-00265-DKG |
| DAYANA FAJARDO | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 15 2025

RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAYANA FAJARDO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date: 10/15/2025

*Issuing officer's signature*

City and state:   Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 10.15.2025, and the person was arrested on *(date)* 10.19.2025 |
| at *(city and state)* Wilder, ID |

Date: 10.19.2025

*TMC*
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

Case 1:25-mj-00265-DKG    Document 3    Filed 10/15/25    Page 2 of 2

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: DAYANA FAJARDO
Known aliases:
Last known residence: 904 Oak Avenue, Apt. 44, Nyssa, Oregon 97913
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 04/29/1986
Social Security number:
Height:                                    Weight:
Sex: Female                                Race:
Hair:                                      Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: